USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUCCI AMERICA, INC.; CHLOÉ SAS; and
ALFRED DUNHILL LIMITED,

           Plaintiffs,

- against -

MYREPLICAHANDBAG.COM, et al.,

           Defendants.

---

07 Civ. 2438 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the Report and Recommendation of Magistrate Judge Eaton dated January 25, 2008 after an inquest on damages following the default of the defendants.

None of the parties has filed objections to the Report and Recommendation and the time for filing such objections has passed. The Report and Recommendation is well founded and the Court therefore adopts it.

The plaintiff is directed to submit a proposed Judgment in accordance with the Report and Recommendation by **February 27, 2008**. The defendants may submit any proposed counter judgment by **February 29, 2008**.

SO ORDERED.

Dated:    New York, New York
            February 25, 2008

                                    John G. Koeltl
                              United States District Judge