# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

RWeigel@gibsondunn.com

October 30, 2009

Direct Dial
(212) 351-3845
Fax No.
(212) 351-5236

Client No.
T 35409-00024

**VIA ECF & HAND DELIVERY**

Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Gucci America Inc. et al v. My ReplicaHandbag.com, et al.*
           07 Civ. 2438 (JGK)

Dear Judge Koeltl:

    My firm represents Plaintiffs Gucci America, Inc., Chloé SAS, and Alfred Dunhill Limited in the above-captioned matter. Pursuant to the Court's Order, dated September 28, 2009, I write on behalf of Plaintiffs and non-party Bank of China to provide a joint status report regarding the dispute between Plaintiffs and Bank of China.

    The parties are continuing to explore whether some or all of the disputed issues between them can be consensually resolved or narrowed. In view of the foregoing, the parties jointly request that the Court continue to hold the pending motions in abeyance. The parties will provide a further joint status report on, or before, November 19, 2009.

    We appreciate the Court's continued consideration in this matter.

Respectfully submitted,

Robert Weigel

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

GIBSON, DUNN & CRUTCHER LLP

Honorable John G. Koeltl
October 30, 2009
Page 2

cc:     All counsel (via ECF)