# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

RWeigel@gibsondunn.com

December 23, 2009

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-10
```

Direct Dial
(212) 351-3845
Fax No.
(212) 351-5236

Client No.
T 35409-00024

**VIA ECF & HAND DELIVERY**

Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

*The parties should provide the Court with a status report by 1/11/10.*
*SO ordered,*
*[signature]*
*U.S.D.J.*
*1/3/10.*

Re:   *Gucci America Inc. et al v. My ReplicaHandbag.com, et al.*
      07 Civ. 2438 (JGK)

Dear Judge Koeltl:

My firm represents Plaintiffs Gucci America, Inc., Chloé SAS, and Alfred Dunhill Limited in the above-captioned matter. Pursuant to the Court's Order, dated December 18, 2009, I write on behalf of Plaintiffs and non-party Bank of China to provide a joint status report regarding the dispute between Plaintiffs and Bank of China.

The parties have reached agreement on all of the material terms of a settlement that would resolve the litgiation between Plaintiffs and Bank of China except for the language of a confidentiality/non-disclosure provision requested by Bank of China. Plaintiffs have presented to Bank of China proposed revisions to the provision which are currently are being considered at various levels of authority at Bank of China.

In the event that Plaintiffs and Bank of China cannot reach a final agreement by the week of January 4, 2010, if the Court is willing, the parties respectfully suggest that a settlement conference might help resolve this once and for all. In the interim, the parties respectfully request that that the Court continue to hold the pending motions in abeyance.

**GIBSON, DUNN & CRUTCHER LLP**

Honorable John G. Koeltl
December 23, 2009
Page 2

      We appreciate the Court's continued consideration in this matter.

                          Respectfully submitted,

                          Robert L. Weigel

cc:    All counsel (via ECF)